# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ilonka Aylward, et al,

    Plaintiff(s),

vs.

Federal Emergency Management Agency ,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:09-cv-517

DECISION BY COURT.  This action having come before the Court by Bench Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 11, 2011 Order.

Signed: October 11, 2011

Frank G. Johns, Clerk
United States District Court